IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE L. BLANKENSHIP,
    Plaintiff,

vs.                                  Case No. 3:10cv250/MCR/EMT

KENNETH L. WILLIAMS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court on Plaintiff's "Response to Court Motion for Filing Fee and Motion to Proceed In For[m]a Pauperis" [sic] (Doc. 5).

    In his Response, Plaintiff indicates that when he initiated this case he thought he could file it "jointly" with another action for a single filing fee.[1] Plaintiff states that he "apologize[s] for any misunderstand[ing], and files Motion to withdraw[] the complaint for lack of financial at this time in support of this motion" (Doc. 5 at 2). Based on Plaintiff's statements, the court construes the instant response as a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

---

[1] The other action apparently is Case No. 3:10cv248/MCR/EMT. The docket reflects that Plaintiff paid the filing fee of $350.00 in full for this case.

That Plaintiff's Response, treated as a notice of voluntary dismissal (Doc. 5), be **GRANTED** and this case be **DISMISSED**, **without prejudice**.

At Pensacola, Florida this 18th day of August 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**