**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LAWRENCE L. BLANKENSHIP,
     Plaintiff,

vs.                                  Case No. 3:10cv250/MCR/EMT

KENNETH L. WILLIAMS,
     Defendant.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2010.  (Doc. 6).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

     Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    That Plaintiff's Response, treated as a notice of voluntary dismissal (doc. 5), is **GRANTED** and this case is **DISMISSED**, **without prejudice**.

     **DONE AND ORDERED** this 21st day of September, 2010.

                           *s/ M. Casey Rodgers*

                           **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**